# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA MCELWAINE-LETO,<br><br>                               Plaintiff,<br>    vs.<br>LIEN ENFORCEMENT, INC.,<br><br>                               Defendant. | CASE NO. 16cv1423-LAB (JLB)<br><br>**ORDER OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties' joint motion to dismiss this case with prejudice is **GRANTED**.

**IT IS SO ORDERED**.

DATED: July 14, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge